IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John M. Osborn,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Grant & Weber Arizona Inc.,<br><br>　　　　Defendant. | No. CV13-01394-PHX-ROS<br><br>ORDER |

Pursuant to the parties' Stipulation of Dismissal with Prejudice (**Doc. 17**),

**IT IS ORDERED** this action is dismissed with prejudice, the parties to bear their own attorney's fees and costs.

DATED this 7th day of November, 2013.

_____
Roslyn O. Silver
Senior United States District Judge